IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CT-3250-BO

| JAMES R. KELLIHER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| JOHNNY HAWKINS and GEORGE SOLOMON, | ) | |
| Defendants. | ) | |

Plaintiff James Kelliher ("plaintiff"), a state inmate, filed this civil rights action *pro se* pursuant to 42 U.S.C. § 1983. On July 25, 2017, United States Magistrate Judge Robert T. Numbers, II allowed plaintiff to proceed with his action. The Clerk of Court now is DIRECTED to proceed in accordance with standing order 14-SO-02 which governs service of process in state prisoner civil rights cases. In the event it become necessary, the court DIRECTS the United States Marshal Service to make service pursuant to 28 U.S.C. § 1915(d).

SO ORDERED, this the 3 day of August, 2017.

TERRENCE W. BOYLE
United States District Judge