IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JAMES KELLIHER,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNNY HAWKINS et al.,<br><br>    Defendants. | Case No. 5:16-CT-03250-BO |

## **ORDER**

This matter is before the Court on Plaintiff James Kelliher's Motion to Amend Complaint. For the reasons stated in the Motion, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff James Kelliher's Motion to Amend Complaint is GRANTED. Plaintiff James Kelliher may file his Second Amended Complaint within seven (7) days of the entry of this order.

SO ORDERED, this the _____ day of _____, 2017.

                  _____
                  TERRENCE W. BOYLE
                  United States District Judge