# EXHIBIT 6



**North Carolina General Assembly**
**House Of Representatives**

REPRESENTATIVE BOBBIE RICHARDSON
HOUSE DEMOCRATIC WHIP
7TH DISTRICT

OFFICE:    1217 LEGISLATIVE BUILDING
            16 W. JONES STREET
            RALEIGH, NC  27601-1096
PHONE:    (919) 715-3032
FAX:        (919) 754-3334
EMAIL:     bobbie.richardson@ncleg.net
DISTRICT: FRANKLIN & NASH COUNTIES

COMMITTEES:

EDUCATION K-12, VICE-CHAIR
ALCOHOLIC BEVERAGE CONTROL
APPROPRIATIONS
APPROPRIATIONS SUBCOMMITTEE ON AGRICULTURE
            AND NATURAL & ECONOMIC RESOURCES
ELECTIONS AND ETHICS LAW
JUDICIARY IV
TRANSPORTATION

June 8, 2017

Mr. James R. Kelliher
OPUS 0830958
PO Box 600
Nashville, Nc 27856

Dear Mr. Kelliher,

My office has requested information from the NC Department of Public Safety on proper procedures for the offering of communion in prison, as well as your specific request for the review of your past experience receiving communion from your pastor, the Rev. Tod Rappe. Below are the questions I asked NCDPS and the response.

1)    **Is alcohol allowed in prison for communion?**

*A:  Yes, wine for Sacramental use, in limited quantities (no more than 3 ounces in a plastic container) is authorized and may be used by an ordained Priest during a scheduled religious service and must be approved by the facility head.  It is recommended that communion by "intinction" (dipping bread in the wine) be used for this sacrament.  The Priest must consume any remaining sacramental wine at the conclusion of the service.  This practice may be terminated if significant problems are generated which threaten institutional safety and security.*

2)    **What is the policy of DPS on religious practices in the prisons?**

*A:  NCDPS-Prison policy allows for communion to be served in scheduled corporate worship services by an approved chaplain or religious volunteer, who is supervised by a chaplain, designated staff member or officer.*

3)    **Can you look into whether the other prisons allowed individual communion by the Rev. Rappe for Mr. Kelliher?**



*A: NCDPS-Prison policy allows for communion to be served in scheduled corporate worship services by an approved chaplain or religious volunteer, who is supervised by a chaplain, designated staff member or officer. Per Chaplain Brown's inquiry, the facilities where Inmate Kelliher had been located, all stated they did not allow Rev. Rappe to give communion to the inmate during visitation. It was later discovered that while at Pender Correctional Institution, a Temporary Chaplain did allow Rev. Rappe to give communion to Inmate Kelliher during visitation. The number of times communion was given is not known. This action was not in compliance with NCDPS Visitation or Religious Policy. The Temporary Chaplain was advised this action was not in compliance with policy. The chaplain was advised this action should not have occurred. Per Chaplain Brown, no other facilities allowed communion to be taken individually during visitation.*

It appears from the responses that even if you were allowed communion from Rev. Rappe in the past, this is not consistent with Department of Corrections procedure.

If my office can be of further assistance, please let me know.

Sincerely,

Bobbie Richardson

Rep. Bobbie Richardson

**From:** jkell40102 <jkell40102@aol.com>
    **To:** hkelli1234 <hkelli1234@aol.com>
**Subject:** Fwd: Rev. Rappe Prison Inquire
    **Date:** Thu, Mar 30, 2017 4:18 pm

——Original Message——
From: Pastor Rappe <orlc_pastor@ncrrbiz.com>
To: jkell40102 <jkell40102@aol.com>
Sent: Thu, Mar 30, 2017 11:41 am
Subject: FW: Rev. Rappe Prison Inquire

I just got this reply this morning. I assured Chaplain Brown that her "fact findings" were wrong.

**From:** Anna Meadows (Rep. Bobbie Richardson) [mailto:Richardsonla@ncleg.net]
**Sent:** Thursday, March 30, 2017 9:53 AM
**To:** orlc_pastor@ncrrbiz.com
**Cc:** Rep. Bobbie Richardson
**Subject:** FW: Rev. Rappe Prison Inquire

Rev. Rappe,
Below is the response to your inquiry from Chaplain Betty Brown at Nash Correctional. Please let Rep. Richardson's office know if you have any additional questions or concerns.

Anna Meadows
Legislative Assistant
*Rep. Bobbie Richardson*
District 7 (portions of Nash & Franklin Counties)
919-715-3032
1217 Legislative Building
Bobbie.richardson@ncleg.net

From Chaplain Brown:

Rep. Richardson I have researched Rev. Rappe statement regarding giving the Lord's Supper in our prisons. I have communicated with various prisons in which inmate James Kelliher was housed and it was advised to me directly that it did not take place. The prison facilities provide corporate Christian Communion (Lord's Supper) services. Inmate James Kelliher may participate in Christian Communion at the facility when offered.

Rev. Rappe also stated that he been told that Nash CI allows Roman Catholic priest to come and celebrate Mass. Yes, this is true and it is done in a corporate setting as well and not visitation.

As the Chaplaincy Services Director, it has always been the practice, that the celebratory rituals are to done in a corporate setting (fellowship one with the other). Nash CI is correct in advising Rev. Rappe that personal rituals are not allowed during visitation or pastoral visits. If you would like for me to call Rev. Rappe, I would be more than happy to assist.