# EXHIBIT 4

# North Carolina Department of Public Safety
## Adult & Juvenile Facilities

Pat McCrory, Governor
Frank L. Perry, Secretary

W. David Guice, Commissioner
George T. Solomon, Director

To: James Kelliher, #0830958

From: Mr. Herring, CCM

Date: 09/20/16

Re: Religious Accommodation

After researching your request and discussing your concern with appropriate personnel it appears that you are being accommodated thru Christian services held on Sunday Mornings and the quarterly observance of the Lord's Supper/Holy Communion. NCDPS policy and procedure does not allow room for accommodations in the following requested areas: Inmate partaking in the consumption of alcoholic beverage (Sacramental Wine) and bringing in contraband items into the facility via approved visit(s) (Sunday sermon pamphlet, Lutheran Hymnal and Lord's Supper).

I will be forwarding the DC-572 (Request for Religious Assistance fact sheet) submitted by you on 08/30/16, to Divisional Chaplaincy Services for further review.

MAILING ADDRESS:
P.O. Box 600
Nashville, NC 27856
www.ncdps.gov

OFFICE LOCATION:
2869 US HWY 64
Nashville, NC 27856
Telephone (252) 459-4455
Fax (252) 459-7728

An Equal Opportunity Employer