# EXHIBIT 5

# North Carolina Department of Public Safety
## Prisons

Pat McCrory, Governor  
Frank L. Perry, Secretary

W. David Guice, Commissioner  
George T. Solomon, Director

October 4, 2016

James Kelliher #0830958  
Nash Correctional Institution, #3710  
2869 U.S. Hwy 64A  
Nashville, NC 27856  
Courier 07-73-01

Re: Submission of DC-572

Mr. Kelliher,

I received your DC-572 and letter from Chaplain Brown to review and respond accordingly. After a thorough review of the documentation, I find this is an inappropriate use of the DC-572 form. I also find that Mr. Alpha Herring, Correctional Case Manager, is correct in the direction he has given you as outlined in his letter dated September 20, 2016.

Chaplaincy Services, Facility Heads and designated staff seek to protect the integrity and authenticity of the beliefs and practices of religious services and programs according to policy, while maintaining the security and operational needs of the facility. Be advised, no further action is required.

Sincerely,

Chaplain Susan Addams  
Regional Chaplain

SA

cc: Johnny Hawkins, Administrator  
    Vivian Brake, Asst. Supt. of Programs  
    Alpha Herring, Correctional Case Manager  
    Chaplain Betty Brown



**MAILING ADDRESS:**  
4260 Mail Service Center  
Raleigh, NC 27699-4260  
www.ncdps.gov

**OFFICE LOCATION:**  
831 W. Morgan St.  
Raleigh, NC 27699-4260  
Telephone: (919) 838-4000  
Fax: (919) 733-8272

*An Equal Opportunity Employer*