# EXHIBIT 6

From: jkell40102 <jkell40102@aol.com>
To: hkelli1234 <hkelli1234@aol.com>
Subject: Fwd: Rev. Rappe Prison Inquire
Date: Thu, Mar 30, 2017 4:18 pm

-----Original Message-----
From: Pastor Rappe <orlc_pastor@ncrrbiz.com>
To: jkell40102 <jkell40102@aol.com>
Sent: Thu, Mar 30, 2017 11:41 am
Subject: FW: Rev. Rappe Prison Inquire

I just got this reply this morning. I assured Chaplain Brown that her "fact findings" were wrong.

**From:** Anna Meadows (Rep. Bobbie Richardson) [mailto:Richardsonla@ncleg.net]
**Sent:** Thursday, March 30, 2017 9:53 AM
**To:** orlc_pastor@ncrrbiz.com
**Cc:** Rep. Bobbie Richardson
**Subject:** FW: Rev. Rappe Prison Inquire

Rev. Rappe,
Below is the response to your inquiry from Chaplain Betty Brown at Nash Correctional. Please let Rep. Richardson's office know if you have any additional questions or concerns.

## Anna Meadows
Legislative Assistant

*Rep. Bobbie Richardson*

District 7 (portions of Nash & Franklin Counties)
919-715-3032
1217 Legislative Building
Bobbie.richardson@ncleg.net


From Chaplain Brown:

Rep. Richardson I have researched Rev. Rappe statement regarding giving the Lord's Supper in our prisons. I have communicated with various prisons in which inmate James Kelliher was housed and it was advised to me directly that it did not take place. The prison facilities provide corporate Christian Communion (Lord's Supper) services. Inmate James Kelliher may participate in Christian Communion at the facility when offered.

Rev. Rappe also stated that he been told that Nash CI allows Roman Catholic priest to come and celebrate Mass. Yes, this is true and it is done in a corporate setting as well and not visitation.

As the Chaplaincy Services Director, it has always been the practice, that the celebratory rituals are to done in a corporate setting (fellowship one with the other). Nash CI is correct in advising Rev. Rappe that personal rituals are not allowed during visitation or pastoral visits. If you would like for me to call Rev. Rappe, I would be more than happy to assist.