# EXHIBIT 7

# North Carolina Department of Public Safety
*Prisons*

Pat McCrory, Governor
Frank L. Perry, Secretary

W. David Guice, Commissioner
George T. Solomon, Director

## DC-410 Screening Response

**Regarding Grievance No.: 3710-2016-2CU-02223**
**Received: 09/14/2016**

**Inmate: KELLIHER, JAMES R - 0830958**
**Location: 3710-NASH CI - 2CU- 025**

The grievance you have submitted has been accepted and will begin a review process. A response will be sent within 15 calendar days of 09/16/2016.

| 09/16/2016 | GODLEY, ANASHA J. |
|---|---|
| Date | Staff Electronic Signature |

cc: CTS



MAILING ADDRESS:
P.O. BOX 600
NASHVILLE, NC 27856-0600

OFFICE LOCATION:
2869 US HWY 64A
NASHVILLE, NC 27856-0600
Telephone: (252)462-4000
Fax: (252)459-7728

WWW.NCDPS.GOV
*An Equal Opportunity Employer/Affirmative Action Employer*

DC-410 (Rev. 07/15)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Inmate Name: James Kelliher    Inmate #: 0830958

Location: Unit 2 - Cell 231    Date: 9/14/16

Grievance Statement: George Solomon's state-wide policy banning inmates from consuming the "Lord's Supper" (bread + wine) infringes on my religious beliefs as a Missouri Synod Lutheran. Johnny Hawkins has prevented my visitation approved clergy - Pastor Tod Rappe - from bringing in the Lord's Supper, Lutheran Hymnal, and the Sunday Sermon pamphlet while limiting 1 clergy visit per month. My sincere desire to practice my religion is being prevented.

What remedy would resolve your grievance?: To be able to practice my religious beliefs as outlined above. To not be subject to retribution for "grieving" i.e. frivolous infractions, unrequested shipping, harassment etc.

Inmate Signature: James Kelliher

### OFFICIAL USE

Date received: 9/14/16    Receiving Officer Signature: [signature]    Staff ID: CJX64

Facility #: 3710    Year: 2016    Housing #: 2CU-    Sequence #: 02223

Distribution: White - Facility Copy; Pink - Inmate Copy

# North Carolina Department of Public Safety
*Prisons*

Pat McCrory, Governor
Frank L. Perry, Secretary

W. David Guice, Commissioner
George T. Solomon, Director

## Step One - Unit Response

**Regarding Grievance No.: 3710-2016-2CU-02223**
**Received: 09/14/2016**

**Inmate:** KELLIHER, JAMES R - 0830958
**Location:** 3710-NASH CI - 2CU- 025

Inmates are allowed to consume the Lord's Supper (Holy Communion), which is observed on a quarterly basis during Christian Corporate worship service on Sunday morning. However, Inmates are not allowed to consume Alcohol of any kind (NCDPS policy). Note: Per the Religious Services Manual members of the Lutheran denomination are encouraged to attend Christian worship services.

Per Institutional operating procedure the only items visitor's are allowed to bring into the visitation area are Car Key and Identification.


09/20/2016 | GODLEY, ANASHA J.
--- | ---
*Date* | *Staff Electronic Signature*

(A)____ Agree with grievance response        (B) _✓_ Appeal to Step Two (24-hour limit)

9/21/16 | *James Kelliher*
--- | ---
*Date* | *Inmate Signature*

_____ | _____
*Date* | *Witness Signature (optional)*

**MAILING ADDRESS:**
P.O. BOX 600
NASHVILLE, NC 27856-0600

**OFFICE LOCATION:**
2869 US HWY 64A
NASHVILLE, NC 27856-0600
Telephone: (252)462-4000
Fax: (252)459-7728

WWW.NCDPS.GOV
*An Equal Opportunity Employer/Affirmative Action Employer*

**North Carolina Department of Public Safety**
*Prisons*

Pat McCrory, Governor
Frank L. Perry, Secretary

W. David Guice, Commissioner
George T. Solomon, Director

## Step Two - Area/Complex/Institution Response

**Regarding Grievance No.: 3710-2016-2CU-02223**
**Received: 09/14/2016**

**Inmate:** KELLIHER, JAMES R - 0830958
**Location:** 3710-NASH CI - 2CU- 025

I have reviewed the Step#1 response regarding your complaint. It appears that your complaint has been appropriately addressed in accordance to DPS policy. No further action required at this time.

| | |
|---|---|
| 09/21/2016 | BRAKE, VIVIAN L. |
| Date | *Staff Electronic Signature* |

(A)____ Agree with grievance response     (B) ✓ Appeal to Secretary, DPS (24-hour limit)

9/21/2016                                    *James Kelliher*
Date                                          Inmate Signature

_____                        _____
Date                                          Witness Signature(optional)

cc: CTS

MAILING ADDRESS:
P.O. BOX 600
NASHVILLE, NC 27856-0600

OFFICE LOCATION:
2869 US HWY 64A
NASHVILLE, NC 27856-0600
Telephone: (252)462-4000
Fax: (252)459-7728

WWW.NCDPS.GOV
*An Equal Opportunity Employer/Affirmative Action Employer*

**North Carolina Department of Public Safety**
Division of Adult Corrections
Inmate Grievance Resolution Board
4207 MSC, RALEIGH, NC 27609

State of North Carolina
Pat McCrory
Governor

Finesse G. Couch
Executive Director

Members
Robert E. Campbell, ESQ.
James D. Foster, ESQ.
Mae B. McLendon, MSW
Matthew Rouse, Jr., D.H.L.

## Step Three - Administrative Remedy Response

| | |
|---|---|
| **Inmate:** KELLIHER, JAMES R | **GRB Grievance No:** 03344 |
| **Inmate #:** 0830958 | **Unit Grievance No:** 3710-2016-2CU-02223 |
| **Location:** 3710-NASH CI - 2CU- 025 | **Date Received:** 09/22/2016 |

Grievance Examiner: Findings and Disposition Order

Inmate James Kelliher filed this grievance at Nash Correctional Institution on September 14, 2016 complaining about his religious rights being violated. Staff response indicated that an investigation of the inmate's complaint was conducted. Staff concluded that the inmate has not been treated unfair or outside the scope of correctional policies and procedures.

This examiner has carefully reviewed the grievance and the response given by staff in the DC-410A response. From this review, I am convinced that staff has adequately addressed this inmate's grievance concerns. I adopt the facts found by the staff investigator.

On this record, this inmate's allegations are insufficiently supported. Thus, this grievance is dismissed for lack of supporting evidence.


09/22/2016                              BELYEU, JASMINE T.
_Date_                                  _Inmate Grievance Examiner Electronic Signature_


cc: CTS