IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JAMES KELLIHER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF<br>PUBLIC SAFETY et al.,<br><br>　　　　　Defendants. | Case No. 5:16-CT-03250-BO |

## NOTICE OF APPEARANCE

Kevin J. O'Brien of King & Spalding LLP files this Notice of Appearance as counsel for Plaintiff James Kelliher. Mr. O'Brien is associated with Chelsea J. Corey of King & Spalding LLP. The undersigned is a member in good standing before the Supreme Court of Georgia. He requests that all notices given or required to be given in this proceeding, and all papers served or required to be served, be served upon him and Chelsea Corey.

Respectfully submitted this 8th day of September, 2017.

/s/ *Kevin J. O'Brien*
Kevin J. O'Brien (Ga. Bar No. 714849)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-2442
Fax: (404) 572-5100
kobrien@kslaw.com

Chelsea J. Corey (N.C. Bar No. 48838)
KING & SPALDING LLP
100 North Tryon Street, Suite 3900
Charlotte, North Carolina 28202
Tel: (704) 503-2575
Fax: (704) 503-2622
ccorey@kslaw.com
L.R. 83.1 Counsel

*Attorneys for Plaintiff James Kelliher*