UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:16-CT-03250-BO

JAMES R. KELLIHER,

    Plaintiff,

v.

NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, *et al.*,

    Defendants.

**NOTICE OF SUBSTITUTION OF COUNSEL**

NOW COMES NCDPS, Hooks, Brown, Lassiter, and Hawkins (hereinafter Defendant(s)), by and through Undersigned Counsel, and provides notice that there has been a substitution of counsel in this case. Special Deputy Attorney Alex Williams is hereby being substituted as counsel for Defendants in place of Yvonne Ricci. Please send all future correspondence and pleadings in this case to Undersigned Counsel.

Respectfully submitted this the 5th day of November, 2024.

    JOSHUA H. STEIN
    Attorney General

    s/ Alex R. Williams
    Alex R. Williams (N.C.S.B. No. 41679)
    Special Deputy Attorney General
    N.C. Department of Justice
    Public Safety Section
    P.O. Box 629
    Raleigh, North Carolina 27699-9001
    Telephone: 919-716-6528
    Facsimile: 919-716-6761
    awilliams@ncdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and that I will cause the foregoing document to be served on all non-CM/ECF participant(s) by U.S. Mail, postage prepaid, addressed as follows:

>Chelsea J. Corey
>King & Spalding LLP
>100 N. Tryon Street, Suite 3900
>Charlotte, NC 28202
>
>Kevin J. O'Brien
>King & Spalding LLP
>1180 Peachtree Street, N.E.
>Atlanta, GA 30309

This the 5th day of November, 2024.

/s/ Alex R. Williams
Alex R. Williams
Special Deputy Attorney General